1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID TOMPKINS, an individual, on behalf of himself and others similarly situated, | ) ) ) | Case No.: 3:13-CV-05682 |
| | ) ) | **ORDER RELATING *TOMPKINS* AND *STANTON* CASES** |
| Plaintiffs, | ) ) | |
| v. | ) ) | [N.D. Cal. Civ. L.R. 3-12, 7-11] |
| | ) | Judge: Hon. Lucy H. Koh |
| 23ANDME, INC., | ) ) | |
| Defendant. | ) ) | |
| | ) | |
| VERNON STANTON, individually and on behalf of all others similarly situated, | ) ) ) | Case No.: 3:14-CV-00294 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| 23ANDME, INC., | ) ) | |
| Defendant. | ) ) ) | |

# ORDER

Having considered the Administrative Motion to Consider Whether Cases Should Be Related and for good cause appearing,

IT IS HEREBY ORDERED as follows:

Pursuant to Local Rule 3-12, the Court finds and orders that the case of *Stanton v. 23andMe Inc.*, Case No. 3:14-CV-00294 ("*Stanton*") is related to the case of *Tompkins v. 23andMe Inc.* ("*Tompkins*").

Pursuant to the Assignment Plan and Local Rule 3-12(f)(3), the Clerk shall reassign the *Stanton* case to the Honorable Lucy H. Koh.

Dated: January 31, 2014

_____
HON. LUCY H. KOH
United States District Judge