|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | NORTHERN DISTRICT OF CALIFORNIA | |
| 10 | SAN JOSE DIVISION | |

| | | |
|---|---|---|
| 11 | DAVID TOMPKINS, an individual, on behalf of himself and others similarly situated, | ) Case No.: 5:13-CV-05682-LHK ) |
| 12 | | ) **ORDER ON TRANSFERRED CASES** |
| 13 | Plaintiffs, | ) |
| 14 | v. | ) Judge: Hon. Lucy H. Koh |
| 15 | 23ANDME, INC., | ) |
| 16 | Defendant. | ) |
| 17 | | ) |
| 18 | VERNON STANTON, individually and on behalf of all others similarly situated, | ) Case No.: 5:14-CV-00294-LHK ) |
| 19 | Plaintiff, | ) |
| 20 | v. | ) |
| 21 | 23ANDME, INC., | ) |
| 22 | Defendant. | ) |
| 23 | | ) |
| 24 | BEN MARTIN, CARRIE MARTIN, and KRYSSA CABLE, on Behalf of Themselves and All Other Persons Similarly Situated, | ) Case No.: 5:14-CV-00429-LHK ) |
| 25 | | ) |
| 26 | Plaintiff, | ) |
| 27 | v. | ) |
| 28 | 23ANDME, INC., | ) |

- 1 -

ORDER ON TRANSFERRED CASES
Case Nos.: 5:13-CV-05682, 5:14-CV-00294, 5:14-CV-00429

|   |   |
|---|---|
|   | ) |
| Defendant. | ) |
|   | ) |

On March 19, 2014, the parties in the above-captioned consolidated cases filed responses to the Court's March 12, 2014 Order asking the parties to address transfers of cases filed outside this District and pending proceedings before the Judicial Panel on Multidistrict Litigation. (ECF Nos. 31, 32.) The parties stated that of seven cases outside this District, four have been ordered transferred to this District, while transfer has not been resolved in two of those cases. (ECF No. 23 at 3.) The motion for consolidation pending before the Judicial Panel on Multidistrict Litigation has not been resolved or withdrawn. (*Id.* at 4.)

Accordingly, it is hereby ORDERED that the cases that have been transferred to this District (Nos. 5:14-CV-01167-LHK, 5:14-CV-01191-HRL, and 5:14-CV-01258-HRL) shall be consolidated for pretrial proceedings. At the Case Management Conference scheduled for April 30, 2014, the parties shall be prepared to discuss whether consolidation of these cases for trial would be appropriate. The parties shall promptly notify the Court of any other related cases that have been transferred to this District and any further proceedings before the Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**
Dated: March 26, 2014

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

ORDER ON TRANSFERRED CASES
Case Nos.: 5:13-CV-05682, 5:14-CV-00294, 5:14-CV-00429