Michael McShane (SB 127944)
mmcshane@audetlaw.com
Jonas P. Mann (SB 263314)
jmann@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOMPKINS, an individual, on behalf of himself and others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>23ANDME, INC.,<br><br>        Defendant. | Case No. 5:13-cv-05682<br><br>**[PROPOSED]** ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD |
| VERNON STANTON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>23ANDME, INC.<br><br>        Defendant. | |

Before the Court is Plaintiffs' counsel's notice to withdraw as counsel of record. Having received no opposition to counsel's request, and the Court being of the opinion that such withdrawal is proper and for good cause, the Court GRANTS counsel's request. IT IS ORDERED that Michael McShane, Jonas Mann, Dana Isaac, and the law firm of Audet & Partners, LLP be permitted to withdraw as attorney of record for Plaintiffs David Tompkins and Vernon Stanton.

1
2  IT IS SO ORDERED.
3
4  DATE:   April 16, 2014
5
   *Lucy H. Koh*
   Hon. Lucy H. Koh
6  United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28