UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TOMPKINS, an individual, on behalf of himself and others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>23ANDME, INC.,<br><br>      Defendant. | Case No.: 5:13-CV-05682-LHK<br><br>ORDER VACATING DEADLINES |

  It is hereby ORDERED that all briefing deadlines for pending motions in the consolidated cases, including ECF Nos. 37 and 40 in the above-captioned docket, are vacated pending the April 30, 2014 Case Management Conference. The parties shall not submit any more e-mail requests for motion dates or other schedule changes. The case schedule will be discussed at the Case Management Conference.

**IT IS SO ORDERED.**

Dated: April 23, 2014

                *Lucy H. Koh*
                LUCY H. KOH
                United States District Judge