UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID TOMPKINS, an individual, on behalf of himself and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> 23ANDME, INC., <br><br> Defendant. | Case No.: 5:13-CV-05682-LHK <br><br> ORDER ON CONSOLIDATION |

It is hereby ORDERED that *Stefani v. 23andMe, Inc.*, No. 5:14-CV-02414, transferred from the District of Massachusetts (formerly No. 1:13-CV-13206 (D. Mass.)) shall be consolidated with the above-captioned cases for pretrial proceedings. The parties shall continue to notify the Court promptly of any other related cases filed in this or any other district.

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 5:13-CV-05682
ORDER ON CONSOLIDATION