Nancy A. Kulesa
nkulesa@zlk.com
**LEVI & KORSINKSY LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Tel: 212-363-7500
Fax: 866-367-6510

*Attorneys for Plaintiff Vernon Stanton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **In re 23andMe Consumer Products Litigation** | Lead Case No. 5:13-cv-05682 LHK |
| | (Consolidated with Case Nos. 5:14-cv-00294; 5:14-cv-00429, 5:14-cv-01167; 5:14-cv-001191; 5:14-cv-01258) |
| This Document Relates to: ALL ACTIONS | **Declaration of Vernon Stanton re: Joint Opposition to Omnibus Motion to Compel Arbitration** |
| | Date: June 19, 2014<br>Time: 1:30 p.m.<br><br>The Honorable Lucy H. Koh |

I, Vernon Stanton, hereby declare as follows:

1. The matters stated in this declaration are based on personal knowledge, and if called as a witness in this matter, I would be competent to testify thereto.

2. This Declaration is being submitted in support of the plaintiffs' Joint Opposition to the Omnibus Motion to Compel Arbitration filed by defendant 23andMe.

3. I am a customer of 23andMe.

4. While I was setting up an internet account with 23andMe, I was asked to agree to a lengthy document filled with a lot of unfamiliar legal language that I now know is called the "Terms of Service."

5. I do not recall seeing anything in the Terms of Service about arbitration. I did not realize that by clicking "agree," I was being asked to give up the right to file a lawsuit against 23andMe for deceptive business practices.

6. I also did not see anything in the Terms of Service about the "rules and auspices of the American Arbitration Association." Even if I had seen that, I would not have understood that to mean I am giving an arbitrator the right to decide if the "Terms of Service" are legally valid.

7. I was not asked to agree to any terms of service when purchasing the Personal Genome Service. All that was asked of me was my payment information, along with a shipping address. Only later when I went to create an account to receive the results did I have to agree to any terms or conditions.

8. Traveling to San Francisco for an arbitration would be burdensome, not to mention expensive. For a $99 economic loss, it would not be worth the time and effort.

I declare under penalty of perjury that the foregoing is true and correct. Executed this, the 27th day of May, 2014 at Hobbs, New Mexico.

_____
Vernon Stanton