ROBERT P. VARIAN (SBN 107459)
rvarian@orrick.com
JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant 23andMe, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re 23ANDME, INC. CONSUMER PRODUCTS LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Lead Case No. 5:13-cv-05682-LHK<br><br>(Consolidated with Case Nos. 5:14-cv-00294-LHK, 5:14-cv-00429-LHK, 5:14-cv-01167-LHK, 5:14-cv-001191-LHK, 5:14-cv-01258-LHK, 5:14-cv-01348-LHK, 5:14-cv-01455-LHK)<br><br>**SUPPLEMENTAL DECLARATION OF KENT HILLYER IN SUPPORT OF DEFENDANT 23ANDME, INC.'S OMNIBUS MOTION TO COMPEL ARBITRATION**<br><br>Date: June 19, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Lucy H. Koh<br>Courtroom: 8, 4th Floor |

I, Kent Hillyer, hereby declare:

1. I am the Director of Customer Care at 23andMe, Inc. ("23andMe" or the "Company"), and have internal responsibility for, and personal knowledge of, the matters stated in this declaration. If called as a witness, I could and would testify competently to those matters.

2. The records regularly maintained in the ordinary course of the Company's business show that plaintiffs David Tompkins, Deena Patel Aeron, Virgil Jose, Jeanne Jose, Fernando Velloso, Franne Einberg, Kyle Dilger, Toni Guthrie, Ben Martin, Carrie Martin, Kryssa Cable, Gary A. Newland, Patrick Spreter, and Vernon Stanton have all created an account and registered a DNA collection kit on 23andMe's website. Specifically:

   a. Plaintiff Deena Patel Aeron created an account on May 10, 2011, and registered a DNA collection kit on May 10, 2011. Attached here to as **Exhibit A** is a true and correct copy of a screenshot of Deena Patel Aeron's account information.

   b. Plaintiff Virgil Jose created an account on September 28, 2013, and registered a DNA collection kit on September 28, 2013. Attached here to as **Exhibit B** is a true and correct copy of a screenshot of Virgil Jose's account information.

   c. Plaintiff Jeanne Jose created an account on September 28, 2013, and registered a DNA collection kit on September 28, 2013. Attached here to as **Exhibit C** is a true and correct copy of a screenshot of Jeanne Jose's account information.

   d. Plaintiff Fernando Velloso created an account on July 9, 2009, and registered a DNA collection kit on July 22, 2009. Attached here to as **Exhibit D** is a true and correct copy of a screenshot of Fernando Velloso's account information.

   e. Plaintiff Franne Einberg created an account on September 5, 2013 and registered a DNA collection kit on September 5, 2013. Attached here to

1

SUPPLEMENTAL DECL. OF KENT HILLYER IN SUPPORT OF DEFENDANT'S OMNIBUS MOTION TO COMPEL ARBITRATION (LEAD CASE NO. 5:13-CV-05682-LHK)

as **Exhibit E** is a true and correct copy of a screenshot of Franne Einberg's account information.

f. Plaintiff Kyle Dilger created an account on March 1, 2012, and registered a DNA collection kit on March 5, 2012. Attached here to as **Exhibit F** is a true and correct copy of a screenshot of Kyle Dilger's account information.

g. Plaintiff Toni Guthrie created an account on July 24, 2013, and registered a DNA collection kit on July 24, 2013. Attached here to as **Exhibit G** is a true and correct copy of a screenshot of Toni Guthrie's account information.

h. Plaintiff Ben Martin created an account on November 14, 2013, and registered a DNA collection kit on November 14, 2013. Attached here to as **Exhibit H** is a true and correct copy of a screenshot of Ben Martin's account information.

i. Plaintiff Carrie Martin created an account on November 22, 2013, and registered a DNA collection kit on November 22, 2013. Attached here to as **Exhibit I** is a true and correct copy of a screenshot of Carrie Martin's account information.

j. Plaintiff Kryssa Cable created an account on March 13, 2013, and registered a DNA collection kit on March 13, 2013. Attached here to as **Exhibit J** is a true and correct copy of a screenshot of Kryssa Cable's account information.

k. Plaintiff Gary Newland created an account on October 30, 2013, and registered a DNA collection kit on November 1, 2013. Attached here to as **Exhibit K** is a true and correct copy of a screenshot Gary Newland's account information.

l. Plaintiff Vern Stanton created an account on November 24, 2013, and registered a DNA collection kit on November 24, 2013. Attached here to

2

SUPPLEMENTAL DECL. OF KENT HILLYER IN SUPPORT OF DEFENDANT'S OMNIBUS MOTION TO COMPEL ARBITRATION (LEAD CASE NO. 5:13-CV-05682-LHK)

as **Exhibit L** is a true and correct copy of a screenshot of Vernon Stanton's account information.

m.  Plaintiff Patrick Spreter created an account on May 24, 2013, and registered a DNA collection kit on May 24, 2013.  Attached here to as **Exhibit M** is a true and correct copy of a screenshot of Patrick Spreter's account information..

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: June 4, 2014

_____
Kent Hillyer

3

SUPPLEMENTAL DECL. OF KENT HILLYER IN SUPPORT OF DEFENDANT'S OMNIBUS MOTION TO COMPEL ARBITRATION (LEAD CASE NO. 5:13-CV-05682-LHK)